AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court 

SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT, WELFARE, LABOR MANAGEMENT COALITION and APPRENTICE TRAINING AND JOURNEYMEN UPGRADING FUNDS, and BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 NEW YORK,

Plaintiffs,

V.

B & F MASON CONTRACTORS, INC. and GINO FASOLO, Individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CIV. 7372

BRIEANT

TO: (Name and address of defendant)

B & F Mason Contractors, Inc.
10 North Street - P.O. Box 187
Elmwood Park, NJ 07407

Gino Fasolo
SAME ADDRESS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gellert & Klein, P.C.
75 Washington Street
Poughkeepsie, NY 12601

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

AUG 1 7 2007
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 8-28-07 9:41 PM |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) EDWARD ALLEN | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 10 NORTH ST., ELMWOOD PARK, NJ (SERVED: GINO FASOLO, AUTHORIZED AGENT)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-28-07
            Date

Signature of Server
EDWARD ALLEN

Address of Server

EXPRESS PROCESS & SUBPOENA COMPANY INC.
759 BLOOMFIELD AVE PMB 323
WEST CALDWELL N.J. 07006
(973) 364-1220  FAX (973) 364-1252

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.