# United States District Court

©COPY

SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT,
WELFARE, LABOR MANAGEMENT COALITION and
APPRENTICE TRAINING AND JOURNEYMEN UPGRADING
FUNDS, and BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL 5 NEW YORK,

                      Plaintiffs,

V.

B & F MASON CONTRACTORS, INC. and
GINO FASOLO, Individually,

                      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 CIV. 7372**

**BRIEANT**

TO: (Name and address of defendant)

B & F Mason Contractors, Inc.          Gino Fasolo
10 North Street - P.O. Box 187      SAME ADDRESS
Elmwood Park, NJ 07407

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gellert & Klein, P.C.
75 Washington Street
Poughkeepsie, NY 12601

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

(BY) DEPUTY CLERK

DATE: AUG 1 7 2007

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 8-28-07 9:41 PM |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER (PRINT) EDWARD ALLEN | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 10 NORTH ST, ELMWOOD PARK, NJ

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-28-07
             Date

Signature of Server
EDWARD ALLEN

Address of Server
EXPRESS PROCESS & SUBPOENA COMPANY INC.
759 BLOOMFIELD AVE  PMB 323
WEST CALDWELL N.J. 07006
(973) 364-1220  FAX (973) 364-1252

J. MICHAEL McMAHON

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.