UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION AND APPRENTICE TRAINING AND          Docket No. 07 Civ. 7372
JOURNEYMEN UPGRADING FUNDS, AND
BRICKLAYERS AND ALLIED CRAFTWORKERS             Civil Action
LOCAL 5 NEW YORK,

                                Plaintiffs        *STIPULATION OF DISMISSAL*

                                                  & order
     -   against –

B & F MASON CONTRACTORS, INC. AND
GINO FASOLO, Individually,

                                Defendants.
_____ X

     The parties having amicably resolved the matters in difference between them, they

hereby dismiss the within action, with prejudice and without costs in favor or against either

party.

GELLERT & KLEIN, P.C.                    MAINARDI & MAINARDI, P.C.


By:_____                 By:_____
   STEPHEN E. EHLERS (SE 3094)              ANDREW MAINARDI, JR.
   Attorneys for Plaintiffs                 Attorneys for Defendant

Dated: September 26, 2007

        So Ordered: October 3, 2007


        Charles Brieant
             USDJ